## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

**GARY BRIDGEFORD and GLORIA BRIDGEFORD**,

        **Plaintiffs,**

v.

**UNITED STATES OF AMERICA**,

        **Defendant.**

**ORDER FOR JUDGMENT**
**Civil File No. 05-432 (MJD/RLE)**

---

Charles W. Reynolds, Odland Fitzgerald Reynolds & Remick, Counsel for Plaintiffs.

Roylene A. Champeaux, Assistant United States Attorney, Counsel for Defendant.

---

The above-entitled matter is before the Court on Plaintiffs' Motion for Judgment on the Pleadings. [Doc. No. 7.] This is a quiet title action brought by Plaintiffs to clear title to land they purchased in Polk County, Minnesota. Plaintiffs purchased the property in June 2004, and first learned of the Government's interest in the property in September 2004. In leu of an answer, the Government filed a Disclaimer of Interest in which it disclaims all right, title, interest, lien or claim in, or to, the property at issue in the action. [Doc. No. 3.] The Government has not filed any opposition to the instant motion.

1

The Court will, therefore, grant Plaintiffs' motion, with the exception of Plaintiffs' request that the Court order that Plaintiffs are entitled to the exclusive possession of the above-described real property. Only the issue of the United States' interest in the property is at issue in this case. The Court is unable to determine the interests of any other persons or parties.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Judgment on the Pleadings [Doc. No. 7] is **GRANTED**;

2. Plaintiff Gloria Bridgeford, owns an undivided one-third interest in fee simple and Plaintiff Gary Bridgeford has a purchaser's interest pursuant to an Earnest Money Agreement dated June, 2004 in and to all of the following-described real property located in the County of Polk and State of Minnesota:

> That part of Section Eight (8), Township One Hundred Forty-eight (148) North of Range Forty-three (43) West of the Fifth Principal Meridian, described as follows:
>
> Commencing at the northeast corner of the NW1/4 of Section 9, Township 148 North of Range 43 West of the Fifth Principal Meridian; thence south 88 degrees 22 minutes 42 seconds west, assumed bearing, along the north line of said NW1/4, a distance of 2,586.13 feet to the northeast corner of said Section 8; thence north 87 degrees 01 minutes 55 seconds west along the north line of said Section 8, a distance of 4,750.09 feet; thence south 3 degrees 19 minutes 00 seconds west 125.3 feet to the point of beginning; thence south 73 degrees 47 minutes 13 seconds east 60 feet, more or less, to

the shoreline of Maple Lake; thence westerly along said shoreline 52 feet, more or less; thence southwesterly along said shoreline 174 feet, more or less; thence westerly along said shoreline 237 feet, more or less; thence northwesterly along said shoreline 267 feet, more or less; thence northeasterly along said shoreline 158 feet, more or less; thence southeasterly along said shoreline 240 feet, more or less, to a line bearing south 40 degrees 29 minutes 35 seconds west from the point of beginning; thence north 40 degrees 29 minutes 35 seconds east 57 feet, more or less, to the point of beginning.  Said real property containing 1.87 acres, more or less.—;

3.  The United States of America has no right in, title to, estate in, interest in, or lien to the above-described real property.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 1, 2005

s/ Michael J. Davis
Michael J. Davis
UNITED STATES DISTRICT COURT